IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV21-W

| | |
|---|---|
| JOHNNIE MAE ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRESBYTERIAN WOUND CARE )<br>CENTER et. al., )<br>)<br>Respondents. )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Reconsideration of her Application to Proceed Without Prepayment of Fees, filed January 23, 2007 (Document No. 4.) This Court denied Plaintiff's initial Application to Proceed Without Prepayment of Fees on January 19, 2007 because such application was incomplete (Document No. 3.). Included in the instant Motion for Reconsideration is the financial information regarding her previous employment that was missing form her first Application. The Court now has all the necessary financial information to rule on Plaintiff's Application.

A review of Plaintiff's Application and Motion for Reconsideration reveals that Plaintiff has been unemployed since November 3, 2006 when she was working for Defendant Presbyterian Wound Care Center earning approximately $400.00 per week. Plaintiff is currently receiving $234.00 per week in unemployment benefits. Plaintiff's Application states that she has no cash nor does she have a checking or savings account. However, Plaintiff does own a 1994 Camero valued at approximately $2,500.00. Finally, such Application reveals that Plaintiff has a college age

daughter whom she claims as a dependent on her income taxes.

Accordingly, based on the foregoing representations, the Court finds that the Plaintiff does not have sufficient resources from which to pay the filing fee for this action. Consequently, the Plaintiff's Motion for Reconsideration will be granted and Plaintiff shall proceed In Forma Pauperis.

**NOW, THEREFORE, IT IS ORDERED:**

1. That the Plaintiff's Motion for Reconsideration is Granted;

2. Plaintiff's Application to Proceed In Forma Pauperis is **GRANTED;** and

2. That the Clerk shall prepare process and deliver same to the U.S. Marshal. The U.S. Marshal shall serve process upon the Defendant.

**SO ORDERED**.

Signed: January 25, 2007

Frank D. Whitney
United States District Judge