# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:07-CV-21-FDW-DCK

| | |
|---|---|
| **JOHNNIE MAE ROBINSON,** | )<br>)|
| Plaintiff, | )<br>) |
| v. | ) **ORDER** <br>) |
| **THE PRESBYTERIAN HOSPITAL d/b/a PRESBYTERIAN WOUND CARE CENTER,** | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. There has been no certification of a Rule 26(f) conference in this matter.

**IT IS, THEREFORE, ORDERED** that the parties confer pursuant to Fed.R.Civ.P. 26(f), Local Rule 16.1(A), and the Honorable Frank D. Whitney's Standing Orders (3:07-mc-47), and jointly file a written report of that initial attorneys' conference, along with a proposed discovery plan, on or before **August 10, 2007.**

**SO ORDERED**.

Signed: July 26, 2007

David C. Keesler
United States Magistrate Judge