# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

DOCKET NO. 3:07-cv-00021-FDW

| | |
|---|---|
| JOHNNIE MAE ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PRESBYTERIAN WOUND CARE ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes now before the Court upon pro se Plaintiff's "Motion to File As Indigent" for purposes of mediation (Doc. No. 31). The Court has previously recognized Plaintiff as indigent (Doc. No. 6) and therefore finds that she is unable to bear the cost of private mediation. Defendant has also indicated a desire to avoid the expense of private mediation. Local Rule of Civil Procedure 16.2 provides that a mediated settlement conference is mandatory unless otherwise ordered by the Court. Because the Court believes that this case would benefit from mediation, the parties are ordered to appear before Magistrate Judge Carl Horn for a judicial settlement conference. The parties are to coordinate the time and date of such conference with Judge Horn's chambers, provided, however, that the conference be conducted on or before March 31, 2008. Although this date represents an extension of the mediation deadline in the Case Management Order (Doc. No. 30), all other deadlines remain the same.

IT IS SO ORDERED.

Signed: March 3, 2008

Frank D. Whitney
United States District Judge