# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:07-CV-21-W

| | |
|---|---|
| JOHNNIE MAE ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PRESBYTERIAN WOUND CARE )<br>CENTER, )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court upon reference from the Honorable Frank D. Whitney for a Judicial Settlement Conference. See "Order" entered March 3, 2008 (document #32).

Chambers' staff has communicated telephonically with the pro se Plaintiff and defense counsel concerning a suitable date and time for the conference.

**NOW THEREFORE, IT IS ORDERED:**

1. The Judicial Settlement Conference shall be held in the chambers of the undersigned (Room 238, United States Courthouse, 401 West Trade Street, Charlotte, North Carolina), on **Friday, March 14, 2008, at 10:00 a.m.**

2. The following persons shall attend the Judicial Settlement Conference in person:

a. For an individual party, that party; or for a corporate party, an officer, director, or employee having authority to settle the claim;

b. The parties' principal counsel of record, if any; and

c. For any party against whom a claim is made that is covered in whole or in part by an insurance policy, a representative of the insurance carrier (excluding outside counsel), which representative has full authority to settle the claim.

3.  The Clerk of Court is directed to send copies of this Order <u>to the pro se Plaintiff (Johnnie Mae Robinson, 6405 Castlewynd Court, Charlotte, North Carolina 28212)</u>; to defense counsel; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: March 4, 2008

Carl Horn, III
United States Magistrate Judge