# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:07-cv-00021-FDW

| | | |
|---|---|---|
| **JOHNNIE MAE ROBINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **PRESBYTERIAN WOUND CARE** | ) | |
| **CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER comes now before the Court sua sponte in order to resolve a scheduling issue. As an initial matter, the Court notes that on April 10, 2008, it heard oral argument concerning Defendant's Motion for Summary Judgment and has taken that Motion under advisement. This change in scheduling is purely administrative and is in no way intended to forecast the Court's decision on that motion. This case is currently set for a Final Pretrial Conference on April, 21, 2008, with trial to commence on May 12, 2008. Due to certain criminal trials that will require the Court's full attention during the months of May and June, the Court hereby amends the Case Management Order so that trial will commence the week of July 14, 2008. The Final Pretrial Conference will be held telephonically the week of June 7, 2008, the exact time to be settled upon closer to that date and thereafter communicated to the parties.

IT IS SO ORDERED.          Signed: April 15, 2008

Frank D. Whitney
United States District Judge