# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:07-cv-00021-FDW

| | |
|---|---|
| JOHNNIE MAE ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| PRESBYTERIAN WOUND CARE ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER comes now before the Court upon the filing of Plaintiff's Affidavit (Doc. No. 52) in response to the Court's Order of May 4, 2008 (Doc. No. 51). In its Order, the Court noted its desire to further develop one of Plaintiff's accusations, namely that she had pulled the medical records charts on September 23, 2005, in accordance with the 2005 Guidelines. Plaintiff has filed an affidavit that says just that. See Plaintiff's Affidavit, Doc. No. 52, at ¶¶ 3, 6, 8-11. Thus, according to its Order, the Court will now reopen discovery for two weeks, during which the parties may conduct limited discovery on this precise issue only: whether Plaintiff had pulled the medical records charts on the morning of September 23, 2005, as required by the 2005 Guidelines, and whether Ms. George, or another agent of Defendant, then removed those charts so as to have reason to terminate Plaintiff. This period of limited discovery shall run until **May 23, 2008**. Defendant will then have one week within which to file a supplement to its motion for summary judgment, detailing any response it may have to Plaintiff's allegation. This supplement shall be due on or before **May 30, 2008**. The Court will then rule on Defendant's motion for summary judgment.

Additionally, the Court hereby sets the Final Pretrial Conference in this case for **2:30 p.m. on June 9, 2008**, to be held in **Bankruptcy Courtroom 126** of the Charles R. Jonas Federal Building in Charlotte, North Carolina.

IT IS SO ORDERED.	Signed: May 12, 2008

Frank D. Whitney
United States District Judge