# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:07-cv-00021-FDW

| | |
|---|---|
| JOHNNIE MAE ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE |
| ) | |
| PRESBYTERIAN WOUND CARE ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER comes now before the Court *sua sponte* in order to correct a scheduling error. By previous order of the Court (Doc. No. 54), this matter was set for a Final Pretrial Conference at 2:30 p.m. on June 9, 2008. Due to certain unavoidable conflicts, the Final Pretrial Conference will now be held at **1:00 p.m.** on **June 9, 2008** in **Bankruptcy Courtroom 126** of the Charles R. Jonas Federal Building in Charlotte, North Carolina.

IT IS SO ORDERED.        Signed: May 13, 2008

Frank D. Whitney
United States District Judge