# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

**DOCKET NO. 3:07-cv-00021-FDW**

| | |
|---|---|
| **JOHNNIE MAE ROBINSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **NOTICE** |
| ) | |
| **PRESBYTERIAN WOUND CARE** ) | |
| **CENTER,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

THIS MATTER comes now before the Court sua sponte to note an issue of scheduling. Plaintiff, who previously proceeded on a pro se basis, has recently obtained the assistance of counsel, Ms. Lena Watts-Robinson. (Doc. Nos. 68-69.) On June 9, 2008, the Court conducted a final pretrial conference with pro se Plaintiff and Defendant. The Court has attempted to schedule another final pretrial conference for the benefit of Plaintiff's new counsel, but Plaintiff's counsel is justifiably unable to appear before the Court at the designated time. The Court will therefore dispense with the additional final pretrial conference, and will proceed to jury selection and trial at **9:00 a.m. on September 11, 2008**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina.

Signed: August 27, 2008

Frank D. Whitney
United States District Judge