# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Johnnie Mae Robinson,

    Plaintiff(s),

vs.

Presbyterian Wound Care Center,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07CV21-W

DECISION BY COURT. This action having come before the Court by Trial and a jury verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict of 11/21/08.

FRANK G. JOHNS, CLERK

December 4, 2008

BY: _____

Candace Cochran, Deputy Clerk