# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

**DOCKET NO. 3:07-cv-00021-FDW**

| | |
|---|---|
| JOHNNIE MAE ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| PRESBYTERIAN WOUND CARE ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER comes now before the Court upon Plaintiff's Motion for Transcript at Government's Expense (Doc. No. 89). Plaintiff's Motion is DENIED as incomplete.

In Plaintiff's Motion, she states that she has been indigent throughout her trial. The record reflects the fact that Plaintiff initially proceeded In Forma Pauperis. However, Plaintiff was then able to retain counsel who appeared on Plaintiff's behalf during a four-day jury trial. Plaintiff's counsel has now withdrawn (Doc. No. 88) and Plaintiff is conducting her appeal pro se. Accordingly, the Court is uncertain as to whether Plaintiff has sufficient resources from which to pay the costs of a trial transcript. Plaintiff's Motion is therefore DENIED.

Plaintiff may file a motion for reconsideration of this Order, in which she is instructed to include a completed form AO 239.

IT IS SO ORDERED.

Signed: March 10, 2009

Frank D. Whitney
United States District Judge